UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------- X
MINGJI AVE4 REALTY, LLC and STAR
UNIVERSE RENOVATION CORP.,

                Plaintiffs,

       -against-

COLONY INSURANCE COMPANY, PELEUS
INSURANCE COMPANY, and TRAVELERS
CASUALTY INSURANCE COMPANY OF
AMERICA,

                Defendants.

---------------------------------------------------------------- X

PARTIAL JUDGMENT
23-CV-7848 (ARR)(LB)

      An Order of the Honorable Allyne R. Ross, United States District Judge, having been filed on March 20, 2025, denying summary judgment as to Defendants Colony Insurance Company and Peleus Insurance Company as to claims asserted by Plaintiff Mingji Ave4 Realty, LLC, granting summary judgment to Defendants Colony Insurance Company and Peleus Insurance Company as to the claims asserted by Plaintiff Star Universe Renovation Corp., and granting summary judgment to Defendant Travelers Casualty Insurance Company of America against plaintiffs; it is

      ORDERED and ADJUDGED that Judgment is entered in favor of Defendants Colony Insurance Company and Peleus Insurance Company as to the claims asserted by Plaintiff Star Universe Renovation Corp., and Judgment is entered in favor of Defendant Travelers Casualty Insurance Company of America against Plaintiffs.

Dated: Brooklyn, NY
       March 21, 2025

s/Brenna B. Mahoney
Brenna B. Mahoney
Clerk of Court

1